UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES EDWARD CANNON,

    Plaintiff,

v.                                      Case No. 5:13cv361/RS/CJK

CHRISTA PADRAIC DIVINEY,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On January 21, 2014, the court entered an order allowing the plaintiff a final opportunity to submit a completed motion for leave to proceed *in forma pauperis*. *See* doc. 6. In its order, the court advised the plaintiff that if he failed to comply with the court's order within thirty days, the undersigned would recommend that the matter be dismissed for failure to comply with an order of the court. After the plaintiff failed to comply within the time allowed, the court entered a show cause order on March 10, 2014, directing the plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to comply with an order of the court. *See* doc. 7. More than fourteen days have passed, and the plaintiff has not complied with the court's order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 1st day of April, 2014.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).