IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES EDWARD CANNON,
    Plaintiff,
v.                                   CASE NO. 5:13-cv-361-RS-CJK

CHRISTA PADRAIC DIVINEY,
    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 8). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on May 2, 2014.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**